# Court of Appeals
# of the State of Georgia

ATLANTA, September 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1389. IN THE INTEREST OF M.C., a child.**

The above-styled case was docketed with this court on March 8, 2013. Appellant failed to file a brief and enumeration of errors within twenty (20) days of the docketing of the appeal as required by the Rules of this court. On July 18, 2013, this court ordered counsel for appellant to file an enumeration of errors and brief no later than July 29, 2013. As of this date, appellant has not filed a brief or enumeration of errors.

On August 1, 2013, counsel for appellant filed a "Motion for Order Compelling Transcript and Record from Meriwether County Juvenile Court." Counsel asserts that he is unable to prepare the brief in this case because the juvenile court "steadfastly refuses to provide either a copy of the record or the transcript from the March 21, 2012 hearing." But counsel has not shown that he moved for copies in the juvenile court. And, the record and transcript have been available for viewing in this court from the time this case was docketed on March 8. Counsel's motion is therefore DENIED.

Because of counsel's failure to file an enumeration of errors and brief, the appeal is hereby DISMISSED. *Rowland v. State*, 264 Ga. 872, 875 (452 SE2d 756) (1995); *Reese v. State*, 216 Ga. App. 773, 774 (456 SE2d 271) (1995). Further, as required by *Reese*, supra at 774-775, the Clerk of this Court is directed to send a copy of this order directly to M. C. and his parents or guardians. M. C.'s counsel, James Anagnostakis, shall also receive a copy of this order, and counsel is directed to forward an additional copy of this order to M. C. and his parents or guardians.

James Anagnostakis shall bear the primary responsibility of informing M. C. and his parents or guardians of the disposition of this appeal and his options as a result. But in light of Mr. Anagnostakis's failure to adequately prosecute M. C.'s appeal, in accordance with *Reese*, supra at 775, the following is included for M. C.'s information:

**M. C., your appeal has been DISMISSED because your attorney failed to file a brief and enumeration of errors. If you have decided you do not want to appeal, you need not do anything more. However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL -- but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint another attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied you may appeal that denial to this court within thirty (30) days of the trial court's decision.**



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 09/04/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*